UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Hussein Senan

Case No.: 19-15549
Chapter: 7
Judge: JNP

**NOTICE OF PROPOSED ABANDONMENT**

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr.___ on ___07/30/19___ at ___10___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 110 Woodberry Drive
Egg Harbor Township, NJ
Value $203,779.00

Liens on property: Bayview Loan
$443,951..00

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                                Case No. 19-15549-JNP
Hussein Senan                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Jun 24, 2019
                               Form ID: pdf905             Total Noticed: 14
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db             +Hussein Senan,    110 Woodberry Dr.,    Egg Harbor Township, NJ 08234-6721
518128020      +Amex,   POB 297871,    Fort Lauderdale, Florida 33329-7871
518128021     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    POB 982238,    El Paso, Texas 79998)
518128025      +GE Capital Retail Bank,    401 N. Broad Street,    Philadelphia, Pennsylvania 19108-1001
518128026       Lonny Matlick, DO,    2306 New Road,    Northfield, New Jersey 08225-1407
518128027      +Martin S. Weisberg, Esq.,    Mattleman, Weinroth & Miller, P.C.,    401 Route 70 East - Suite 100,
                Cherry Hill, New Jersey 08034-2410
518167560      +THE BANK OF NEW YORK MELLON,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518128029      +Wells Fargo Bank,    POB 14517,    Des Moines, Iowa 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 25 2019 00:19:30      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 25 2019 00:19:26     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518128022       E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 25 2019 00:19:51
                Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    5th Floor,
                Coral Gables, Florida 33146-1837
518128024       E-mail/Text: mrdiscen@discover.com Jun 25 2019 00:18:24      Discover Financial Services,
                POB 15316,    Wilmington, Delaware 19850
518128023      +E-mail/PDF: pa_dc_ed@navient.com Jun 25 2019 00:16:43     Department of Education/Navient,
                POB 9635,    Wilkes Barre, Pennsylvania 18773-9635
518128028      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 00:38:50
                Portfolio Recovery Services,    120 Corporate Blvd.,    Norfolk, Virginia 23502-4952
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518128031*     +Amex,   POB 297871,    Fort Lauderdale, Florida 33329-7871
518128032*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    POB 982238,    El Paso, Texas 79998)
518128033*      Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    5th Floor,
                Coral Gables, Florida 33146-1837
518128035*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court:   Discover Financial Services,    POB 15316,
                Wilmington, Delaware 19850)
518128034*     +Department of Education/Navient,    POB 9635,    Wilkes Barre, Pennsylvania 18773-9635
518128036*     +GE Capital Retail Bank,    401 N. Broad Street,    Philadelphia, Pennsylvania 19108-1001
518128037*      Lonny Matlick, DO,    2306 New Road,    Northfield, New Jersey 08225-1407
518128038*     +Martin S. Weisberg, Esq.,    Mattleman, Weinroth & Miller, P.C.,    401 Route 70 East - Suite 100,
                Cherry Hill, New Jersey 08034-2410
518128039*     +Portfolio Recovery Services,    120 Corporate Blvd.,    Norfolk, Virginia 23502-4952
518128040*     +Wells Fargo Bank,    POB 14517,    Des Moines, Iowa 50306-3517
                                                                                        TOTALS: 0, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2         Date Rcvd: Jun 24, 2019
                              Form ID: pdf905          Total Noticed: 14
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:

```
              Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.axosfs.com
              Brian   Thomas    brian@brianthomaslaw.com,   bthomas@ecf.axosfs.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer Bank of New
               York as Trustee for the Certificateholders of CWALT 2004-22 CB dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer Bank of
               New York as Trustee for the Certificateholders of CWALT 2004-22 CB kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Victor   Druziako    on behalf of Debtor Hussein  Senan bkdruziako@aol.com
                                                                                             TOTAL: 6
```